IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02243-PAB-CBS

H-S TESTING, INC.,
R. RAY SCHRAMM, and
RONNIE P. SCHWINDT,

    Plaintiffs,

v.

CAROLYN ALLEN,
CAROLYN ALLEN, as personal representative of the Estate of P. J. Allen,

    Defendants.

## ORDER

    This matter comes before the Court on the Joint Motion of the Parties Requesting Mediation or Early Neutral Evaluation by Magistrate Judge [Docket No. 14]. The Court finds good cause to grant such motion.  Wherefore, it is

    **ORDERED** that the Joint Motion of the Parties Requesting Mediation or Early Neutral Evaluation by Magistrate Judge [Docket No. 14] is granted.  Magistrate Judge Craig Shaffer is authorized to conduct an early neutral evaluation and/or a settlement conference in this case.

    DATED October 25, 2012.

                                                               BY THE COURT:

                                                              s/Philip A. Brimmer
                                                             PHILIP A. BRIMMER
                                                             United States District Judge